**Robert Ray ALLEN, Plaintiff–Appellant,**

v.

**PATUXENT INSTITUTION; Keith L. Coe, Correctional Officer II; Nurse Kaba; Three other Guards that beat me; A. Carlton, Officer; Linwood Bethea, Officer; Charles Cook, Officer; Daniel Mayberry, Officer; Kripa Kashyap, Doctor; Ferninand Massari, Doctor; Mona M. Malik, Defendants–Appellees.**

No. 02–6374.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 26, 2002.

Decided Oct. 8, 2002.

Joseph Bernard Tetrault, Prisoner Rights Information System of Maryland, (2000).

Incorporated, Baltimore, Maryland, for Appellant. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Donald Joseph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Ray Allen appeals the district court's order granting the Defendants' motions for summary judgment and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Allen v. Patuxent Inst.*, No. CA–00–3502–PJM (D.Md. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*